[No. 25108-0-III.   Division Three.   July 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL R. CERVANTES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01680-4, Robert G. Swisher, J., entered March 2, 2006. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 53735-1-I.   Division One.   July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDDIE LEE KIBBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07122-2, Cheryl B. Carey, J., entered January 16, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 56504-4-I.   Division One.   July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY R. McKEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01734-1, Douglas D. McBroom, J., entered July 7, 2005. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Baker, J., concurred in by Becker and Dwyer, JJ. Now published at 141 Wn. App. 22.

[Nos. 56540-1-I; 57285-7-I.   Division One.   July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMICKO B. THOMAS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 03-1-00029-5, Richard McDermott, J., entered June 10, 2005. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Baker and Cox, JJ.